# DAVIS

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TENNESSEE**
**EASTERN DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | Cr. No.: 1:25-cr-10007-JDB |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | 8 U.S.C. § 1326 |
| JORGE PEREZ-PATISTAN, ) | |
| ) | |
| Defendant. ) | |

# INDICTMENT

**THE GRAND JURY CHARGES:**

### Count 1

Beginning at an unknown time, but as early as on or about November 25, 2023, and continuing thereafter to the present, in the Western District of Tennessee, the Defendant

**JORGE PEREZ-PATISTAN**

an alien, was found in the United States after having been denied admission, excluded, deported and removed from the United States, and not having obtained the express consent of the Attorney General or the Secretary of Homeland Security to reapply for admission to the United States; in violation of Title 8, United States Code, Section 1326(a)

A TRUE BILL:

_____
FOREPERSON

_____
DATE


_____
REAGAN TAYLOR FONDREN
ACTING UNITED STATES ATTORNEY



_____
HILLARY LAWLER PARHAM
ASSISTANT UNITED STATES ATTORNEY

2